FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★★ FEB 25 2010 ★★

FEB 25, 2010

P.M.

TIME A.M.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
REBECCA GEFFNER, as Executrix of the
ESTATE OF ALFRED GEFFNER, deceased,

                Plaintiff,

  -against-


KATHLEEN SEBELIUS, Secretary of the United
States Department of Health and Human Services,


                Defendant.
------------------------------------------------------------------------X

            JUDGMENT
            08-CV- 1538 (ARR)

        An Opinion and Order of Honorable Allyne R. Ross, United States District Judge,

having been filed on February 23, 2010, denying defendant's motion for judgment on the

pleadings; and remanding the case to the Commissioner for further proceedings consistent

with the Court's Opinion and Order; it is

        ORDERED and ADJUDGED that defendant's motion for judgment on the

pleadings is denied; and that the case is remanded to the Commissioner for further

proceedings consistent with the Court's Opinion and Order.


Dated: Brooklyn, New York
       February 24, 2010

                                 ROBERT C. HEINEMANN
                                 Clerk of Court

